# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| JENNIFER WARREN, | ) |  |
|---|---|---|
| Plaintiff, | ) ) ) |  |
| vs. | ) ) | Case No. CIV-10-735-M |
| MICHAEL J. ASTRUE,<br>Commissioner of the Social<br>Security Administration, | ) ) ) ) ) |  |
| Defendant. | ) |  |

## ORDER

On February 18, 2011, United States Magistrate Judge Robert E. Bacharach issued a Report and Recommendation in this action pursuant to 42 U.S.C. § 405(g) for judicial review of the final decision of the Commissioner of Social Security Administration. The Magistrate Judge recommended that the Commissioner's decision be affirmed. Plaintiff was advised of his right to object to the Report and Recommendation by March 7, 2011, and on that date, plaintiff filed her objections.

Plaintiff objects to the Magistrate Judge's conclusions regarding the Administrative Law Judge's ("ALJ") residual functional capacity assessment in that it not supported by a longitudinal reading of the medical evidence. Having carefully reviewed this matter de novo, the Court finds that the ALJ did not err in his determination of plaintiff's credibility. Specifically, the Court finds that in analyzing plaintiff's credibility, the ALJ applied correct legal standards, considered the relevant factors, and linked his findings to specific substantial evidence in the record.

Upon de novo review, the Court:

(1) ADOPTS the thorough and well-reasoned Report and Recommendation issued by the Magistrate Judge on February 18, 2011, and

(2) AFFIRMS the decision of the Commissioner.

**IT IS SO ORDERED this 8 th day of March, 2011.**

VICKI MILES-LaGRANGE  
CHIEF UNITED STATES DISTRICT JUDGE